UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| BODY BY COOK, INC., ET AL.,<br>　　Plaintiffs | CIVIL ACTION |
|---|---|
| VERSUS | NO. 15-2177 |
| STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE, ET AL.,<br>　　Defendants | SECTION: "E" (5) |

# ORDER

Before the Court is a motion by Defendants Allstate Insurance Company, Liberty Mutual Insurance Company, Progressive Security Insurance Company, Travelers Casualty and Surety Company, and GEICO General Insurance Company (collectively, "Defendants"), seeking an order entering final judgment under Rule 54(b) of the Federal Rules of Civil Procedure.[1]

In response, Plaintiff argues that final judgment under Rule 54(b) would be inappropriate, as Plaintiff has filed a petition for writ of certiorari in the United States Supreme Court.[2] Plaintiff asserts that no party would be prejudiced by delaying final judgment until after the Supreme Court makes a decision on Plaintiff's petition.[3]

Rule 54(b) provides, "[w]hen an action presents more than one claim for relief . . . or when multiple parties are involved, the court my direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay."[4] "It is left to the sound judicial discretion of the district court to determine the appropriate time" for certification under Rule 54(b).[5] In

---

[1] R. Doc. 171. FED. R. CIV. P. 54(b).
[2] R. Doc. 172.
[3] *Id.* at 1.
[4] FED. R. CIV. P. 54(b).
[5] *Curtiss-Wright Corp. v. General Elec. Co.*, 446 U.S. 1, 8 (1980).

1

making this decision, the district court must consider "judicial administrative interests as well as the equities involved."[6]

The Court finds that in light of Plaintiff's pending petition for writ of certiorari, entering final judgment under Rule 54(b) would be premature. Accordingly;

**IT IS ORDERED** that the Defendants' motion for entry of final judgment under Rule 54(b)[7] is **DENIED**.

**New Orleans, Louisiana, this 22nd day of January, 2018.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[6] *Id.*
[7] R. Doc. 171.