UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BODY BY COOK, INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-2177** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE, ET AL.** | **SECTION "E" (5)** |

## J U D G M E N T

Considering the Court's Order and Reasons entered May 2, 2018 (R. Doc. 180);

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants Allstate Insurance Company, Liberty Mutual Insurance Company, Travelers Insurance Company, Progressive Security Insurance Company, and GEICO General Insurance Company, and against plaintiffs Body by Cook, Inc. and Robert Cook on their claims for negligent training and supervision **WITH PREJUDICE**.

New Orleans, Louisiana, this 26th day of July, 2018.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**