# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BODY BY COOK INC.,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-2177** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,** Defendant | **SECTION "E" (5)** |

## J U D G M E N T

Considering the Court's Order and Reasons entered November 16, 2018 (R. Doc. 218);

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of State Farm Mutual Automobile Insurance Co., and against Body By Cook, Inc.

New Orleans, Louisiana, this 16th day of November, 2018.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**